IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GUADALUPE COVARRUBIAS, | |
| Plaintiff, | 4:22-CV-3151 |
| vs. | JUDGMENT |
| SWIFT BEEF COMPANY, | |
| Defendant. | |

On the parties' joint stipulation for dismissal with prejudice (filing 24), this case is dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this 18th day of May, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge